FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMIE L., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 1:16-CV-03070-ACE <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT <br><br> ECF No. 69 |

**BEFORE THE COURT** is Plaintiff's motion for the Court to enter judgment in favor of Plaintiff. ECF No. 69. Attorney D. James Tree represents Plaintiff; Special Assistant United States Attorney Joseph J. Langkamer represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7.

This matter was remanded for further administrative proceedings, pursuant to sentence six of 42 U.S.C. § 405(g), on November 18, 2016. ECF No. 20. On August 10, 2023, an Administrative Law Judge determined, on remand, that Plaintiff has been disabled since May 11, 2008. *See* ECF No. 69-1. Based on that determination; Defendant's "no objection" to the Court entering judgment in Plaintiff's favor, ECF No. 70; and considering the file in its entirety, **IT IS HEREBY ORDERED:**

1. The above-captioned case, previously administratively closed, shall be **REOPENED**.

ORDER . . . - 1

2. Plaintiff's motion for the entry of judgment in favor of Plaintiff, **ECF No. 69**, is **GRANTED**.

3. Judgment shall be entered in favor of **PLAINTIFF**.

4. An application for attorney fees may be filed by separate motion.

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 25, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2